# PD-0195-15

No._____

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

CHAD ALAN CARNEY
VS.
THE STATE OF TEXAS

FROM APPEAL No. 12-13-00338-CR
TRIAL CAUSE No. F1219065
NACOGDOCHES COUNTY

FILED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

FIRST MOTION FOR EXTENSION
OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Chad Alan Carney, Petitioner, and files this Motion for an Extension of Time for sixty(60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the Court the following:

I.

The petitioner was convicted in the 420th District Court of Nacogdoches County, Texas, of the offense of aggravated robbery in Cause No. F1219065, styled State of Texas Vs. Chad Alan Carney.

Continue on Pg. # 2

(1)

The petitioner appealed to the Court of Appeals, Twelfth Supreme Judicial District. The case was affirmed on January 30, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is March 2, 2015. The petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts:

Petitioner was not informed of the decision of the Court of Appeals in affirming his case until February 3, 2015. Since that time petitioner has been attempting to gain legal representation in this matter. His attorney of appeal, Noel D. Cooper, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 12-13-00338-CR to May 5, 2015.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing first Motion of Extension of Time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Clerk of the Texas Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711, on this the ___13___ day of February 2015.

_____
Chad Carney, Petitioner, pro se

## DECLARATION

I Chad Alan Carney, TDCJ # 1886931, being presently incarcerated in the Eastham Unit of the Texas Department of Criminal Justice in Houston County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the __/3__ day of February, 2015.

Respectfully Submitted,

_____
Chad Alan Carney
Petitioner, Pro se
Texas Department of Criminal
Justice-Institutional Division
Eastham Unit
TDCJ-ID # 1886931
Lovelady, Texas 75851

CC:File